IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JARVIS PARKER,<br><br>    *Plaintiff*,<br><br>  v.<br><br>CENLAR FSB, a subsidiary of Cenlar Capital Corporation,<br>    *Defendant*. | CIVIL ACTION<br>NO. 20-02175 |

## ORDER

**AND NOW**, this 4th day of January 2021, upon consideration of Defendant's Motion to Dismiss the Second Amended Complaint, (ECF No. 26), Plaintiff's Response, (ECF No. 27), and Defendant's Reply, (ECF No. 28), it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED in part** and **DENIED in part**:

1. Plaintiff's racial discrimination and retaliation claims in Count II are **DISMISSED without prejudice**; and

2. Counts IV, V and VI are **DISMISSED with prejudice**.

                BY THE COURT:

                */s/ Gerald J. Pappert*
                GERALD J. PAPPERT, J.